NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAIRA ARIAS,<br><br>             Plaintiff,<br><br>vs.<br><br>FOLLET HIGHER EDUCATION CORPORATION, a corporation; LYDIA BOUZIDA, an Individual; DOES 1-25, inclusive,<br><br>             Defendants. | Case No.:  8:18-cv-01965-JLS-JDEx<br><br>**ORDER GRANTING STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE (FRCP 41(a)(1)(A)(ii)), AND WITH THE COURT RETAINING JURISDICTION TO INTERPRET AND ENFORCE THE SETTLEMENT AGREEMENT (Doc. 118)** |

**ORDER**

On March 24, 2022, the parties jointly submitted a Stipulation of Voluntary Dismissal with Prejudice to the Court (Doc. 118). The Court hereby approves the terms of the Stipulation.

Accordingly, the instant matter is dismissed with prejudice, and the parties will bear their own respective costs, including attorneys' fees and other litigation expenses. For the next 60 days, the Court will retain jurisdiction to interpret and enforce the terms of settlement.

**IT IS SO ORDERED**.

Dated: March 31, 2022

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE